IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PETER P. MOE,<br><br>    Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>    Defendant. | No. 4:20-cv-00058-RGE-SBJ<br><br>ORDER GRANTING DEFENDANT'S PARTIAL MOTION TO DISMISS |

    Plaintiff Peter P. Moe brings a four-count complaint against Defendant Grinnell College, alleging federal and state law claims arising from Grinnell College's response to allegedly false claims of sexual misconduct against Moe. ECF No. 1. In Count II, Moe sets forth breach of contract claims under Iowa law, alleging Grinnell College breached its Sexual Misconduct Policy. *Id.* ¶¶ 240–44. Moe claims Grinnell College breached the policy in several ways, including by "[e]ngaging in sex discrimination and/or gender identity discrimination against [Moe]." *Id.* ¶ 242(i); *see also id.* ¶¶ 242(ii)–(xv).

    Grinnell College now moves to dismiss, in part, Count II under Federal Rule of Civil Procedure 12(b)(6). ECF No. 11. Grinnell College argues Moe's claim in paragraph 242(i) of Count II—that Grinnell College breached a contract by engaging in sex discrimination and gender identity discrimination—is preempted by the Iowa Civil Rights Act. ECF No. 11 ¶ 6; Def.'s Br. Supp. Partial Mot. Dismiss 3–4, ECF No. 11-1. Grinnell College contends the Iowa Civil Rights Act provides the exclusive remedy for discrimination based on sex or gender identity by educational institutions. ECF No. 11 ¶¶ 4–5 (citing *Smidt v. Porter*, 695 N.W.2d 9, 17 (Iowa 2005) *and* Iowa Code § 216.9(1)); ECF No. 11-1 at 3–4. Moe does not resist Grinnell College's partial motion to dismiss. Pl.'s Resp. Def.'s Partial Mot. Dismiss ¶ 2, ECF No. 15. Moe withdraws his claim alleging Grinnell breached its Sexual Misconduct Policy by engaging in sex discrimination

and/or gender identity discrimination against Moe, as alleged under Count II in paragraph 242(i). *Id.* ¶ 3. The Court grants Grinnell College's unresisted motion.

**IT IS ORDERED** that Defendant Grinnell College's Partial Motion to Dismiss, ECF No. 11, is **GRANTED**, as unresisted. The Court **DISMISSES** Peter P. Moe's claim alleging breach of contract by sex discrimination and/or gender identity discrimination in Count II, paragraph 242(i) of Moe's Complaint.

**IT IS SO ORDERED.**

Dated this 7th day of May, 2020.

*[signature]*
REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE