IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PETER P. MOE,<br><br>            Plaintiff,<br><br>v.<br><br>GRINNELL COLLEGE,<br><br>            Defendant. | Civil No.  4:20-cv-00058<br><br>**MOTION TO CERTIFY QUESTION** |

Pursuant to federal case law from this district, Defendant Grinnell College files this motion to certify a question to the Iowa Supreme Court. In support of this motion, Defendant states:

1.      In Count IV of the Complaint (docket no. 1), Plaintiff Peter P. Moe alleges Defendant Grinnell College engaged in "Wrongful Discipline" by subjecting Moe to a disciplinary process that did not conform to Grinnell's established procedure or satisfy principles of fundamental fairness and due process. Cmplt. at ¶ 253.

2.      Case law provides that the Court may certify a question to the Iowa Supreme Court on a party's motion or on its own motion when "'it appears there may be no controlling precedent' from the appellate courts of Iowa." *Neppl v. Wells Fargo Bank, Nat'l Ass'n*, No. 4:19-cv-00387-JAJ, 2020 WL 3446174 at *2 (S.D. Iowa June 3, 2020).

3.      There is no decision from the Iowa Supreme Court or the Iowa Court of Appeals that has expressly recognized a Wrongful Discipline cause of action. Accordingly, certification of this question is appropriate under the Local Rules.

4.      Further, certification is appropriate under Iowa Code section 684A.1. This statute authorizes the Iowa Supreme Court to answer certified questions of law from a federal court

under the following circumstances: when it is requested by the certifying court, when it involves questions of law of the state of Iowa that are determinative of the case, and when there is no controlling precedent. Iowa Code § 684A.1. All these circumstances are present in the instant action.

5. The question presented involves an interpretation of Iowa law. The question for interpretation is whether Iowa law recognizes a cause of action for Wrongful Discipline, brought by students against their private college or university.

6. This question has a determinative effect in the instant action because, if Iowa law does not recognize a cause of action for Wrongful Discipline, Plaintiff's Wrongful Discipline claim must fail as a matter of law.

7. As stated above, there is no controlling precedent on this issue. Certification is therefore appropriate under section 684.1.

8. Because certification is appropriate and would provide meaningful and determinative guidance to the parties and the court before trial, Defendant respectfully requests that the Court certify the following question to the Iowa Supreme Court:

> Does Iowa law recognize a cause of action for Wrongful Discipline, brought by students against their private college or university?

9. In support of this Motion, Defendant submits a supporting brief.

For the foregoing reasons, Defendant respectfully requests that the Court certify the question presented above to the Iowa Supreme Court.

Dated: Friday, September 18, 2020

                Respectfully submitted,

                By: /s/ Frances M. Haas
                Frances M. Haas, AT0009838
                Logan J. Eliasen, AT0013755

              **NYEMASTER GOODE P.C.**
              700 Walnut Street, Suite 1600
              Des Moines, IA 50309
              Telephone: 515-283-3100
              Fax: 515-283-3108
              Email: FMHaas@nyemaster.com
                       LEliasen@nyemaster.com

**ATTORNEYS FOR DEFENDANT**
**CERTIFICATE OF SERVICE**

I certify that on September 18, 2020, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Iowa using the CM/ECF system, which will send notification of such filing to the following counsel of record registered with the CM/ECF system:

David H. Goldman
Amy K. Davis
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa 50309

Andrew T. Miltenberg
Kara L. Gorycki
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001

**ATTORNEYS FOR PLAINTIFF**

                                  /s/ Shannon Greenman