IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PETER P. MOE, | No. 4:20-cv-00058-RGE-SBJ |
| Plaintiff, | |
| v. | **PLAINTIFF'S PARTIAL RESISTANCE TO DEFENDANT'S MOTION FOR RELIEF FROM PROTECTIVE ORDER** |
| GRINNELL COLLEGE, | |
| Defendants. | |

Plaintiff Peter P. Moe ("Plaintiff"), by and through his attorneys Nesenoff & Miltenberg, LLP and Babich Goldman P.C. hereby submits his partial resistance to Defendant Grinnell College's ("Defendant") Motion for Relief From Protective Order (ECF No. 122) and states as follows:

1.      Plaintiff does not resist that portion of Defendant's motion seeking to identify students other than Complainants 1-3 at trial by their own names. ECF No. 122, ¶ 14. However, Plaintiff continues to resist any attempts by Defendant to refer to a fourth and fifth complainant at trial because there were not five complaints against Plaintiff. *See* ECF No. 114, ¶ 6; ECF No. 114-1, at 12-13.

2.      Plaintiff resists that portion of Defendant's motion seeking to identify Complainants 1-3 by their own names. Should the Court allow Plaintiff to proceed by pseudonym at trial, then identifying Complainants 1-3 by their own names will severely prejudice Plaintiff because: 1) Plaintiff's identity could be revealed by identifying Complainants 1-3 by their names; and 2) the jury could draw inferences against Plaintiff if he is identified by pseudonym and Complainants 1-3 are identified by their names, particularly since Defendant intends to call

1

Complainant 2 as a witness at trial. *See* ECF No. 114, ¶ 6, 114-1, at pp. 12-13.

3.     Concerns about witness confusion could be remedied by providing witnesses with a key that identifies "Emma Roe," "Barbara Smith" and "Melissa Brown." This would minimize Defendant's concern that attempting to recall pseudonyms could impact witness credibility on the witness stand. *See Lawson v. Rubin*, 2019 WL 5291205, at *3 (S.D.N.Y. Oct. 18, 2019).

4.     During witness depositions, Plaintiff's counsel used the Complainants' real names as opposed to pseudonyms. Moreover, Defendant has not altered any documents produced in discovery so that the Complainants were replaced with "Complainant 1," "Complainant 2" or "Complainant 3."

5.     The only truly burdensome documents that would require redactions, or the insertion of pseudonyms for the Complainants, are the preliminary and final investigation reports. However, today's redaction tools can make the work move quickly and efficiently.

6.     The jury would not be confused by the presentation of evidence using the pseudonyms "Emma Roe," "Barbara Smith" and "Melissa Brown," because the jury has not been involved in the case to date.

7.     If Plaintiff and Complainants 1-3 all have pseudonym status at trial, then any concerns about giving Plaintiff's claim "greater stature or dignity" will be resolved. *See Lawson*, 2019 WL 5291205, at *3. As discussed in Plaintiff's motion, Plaintiff has significant interests in proceeding by pseudonym at trial, including the potential disclosure of the identities of persons who are not parties to this litigation. ECF No. 114-1.

8.     For these reasons, Defendant's motion for relief from the Protective Order with respect to Complainants 1-3 should be denied.

Dated: August 12, 2021

Respectfully Submitted,

/s/ Kara L. Gorycki
   Kara L. Gorycki (admitted *pro hac vice*)
Stuart Bernstein (admitted *pro hac vice*)
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
Email: KGorycki@nmllplaw.com
Email: SBernstein@nmllplaw.com

    -and-

/s / David H. Goldman
David H. Goldman
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa 50309
Telephone: (515) 244-4300
Email: dgoldman@babichgoldman.com

***Attorneys for Plaintiff***

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2021, I served the foregoing document on the following counsel of record for Defendant Grinnell College via the Court's ECF system:

Frank B. Harty, Esq.
Nyemaster Goode P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309-3899
(515)283-3100
fharty@nyemaster.com

Frances M. Haas, Esq.
Nyemaster Goode P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401-2030
(319)286-7000
fmhaas@nyemaster.com

/s/ Kara L. Gorycki