IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PETER P. MOE,<br><br>    Plaintiff,<br><br>vs.<br><br>GRINNELL COLLEGE,<br><br>    Defendant. | No. 4:17-cv-00058-RGE-SBJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**NOW COMES COUNSEL FOR THE PARTIES**, through which the parties to this action, Plaintiff Peter P. Moe and Defendant Grinnell College, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the DISMISSAL WITH PREJUDICE of the claims remaining in this action. Each party shall bear its own attorneys' fees and costs.

Dated:  September 22, 2021

                                                                      Respectfully Submitted,

/s/ Andrew T. Miltenberg
    Andrew T. Miltenberg (*pro hac vice*)
Kara L. Gorycki (*pro hac vice*)
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Telephone: (212) 736-4500
Email: amiltenberg@nmllplaw.com
Email: kgorycki@nmllplaw.com

/s/ David Goldman
    David H. Goldman
BABICH GOLDMAN, P.C.
501 S.W. 7th Street, Suite J
Des Moines, Iowa 50309
Telephone: (515) 244-4300
Email: dgoldman@babichgoldman.com

*Attorneys for Plaintiff*

/s/  Frank Boyd Harty
    Frank Boyd Harty
Nyemaster Goode, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com

/s/ Frances M. Haas
Frances M. Haas
Nyemaster Goode, P.C.
625 First Street SE, Suite 400
Cedar Rapids, Iowa 52401
Telephone:  319-286-7000
Facsimile: 319-286-7050
Email:  fmhaas@nyemaster.com

*Attorneys for Defendant*